**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01389-CV

**GEORGE JONES RESIDENTIAL, LLC, Appellant**

**V.**

**ANTONIO L. ADAMS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03973-D**

## ORDER

Appellant George Jones Residential, LLC is not currently represented by counsel. Because in Texas, a corporation may appear and be represented in court only by a licensed attorney, appellant is **DIRECTED** to provide the Court, within thirty (30) days of the date of this letter, the name of its counsel as well as counsel's mailing address, telephone number, fax number, if any, and State Bar of Texas identification number. If the requested information is not received within the time specified, this appeal will be dismissed without further notice.


/s/      CAROLYN WRIGHT
CHIEF JUSTICE